**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
EATON & VAN WINKLE, LLP, as the
Plan Administrator of the EATON & VAN
WINKLE LLP 401(k) PROFIT SHARING
PLAN,

                              Plaintiff,                  17 **CIVIL** 6118 (PGG)

         -against-                          **JUDGMENT**

YUNLING REN and CHRISTINE
WALDBAUM,                   Defendants.
-----------------------------------------------------------X
YUNLING REN,

                              Plaintiff,                  17 **CIVIL** 1535 (PGG)

         -against-

THE PLAN ADMINISTRATOR OF
EATON & VAN WINKLE LLP 401 (K)
PROFIT SHARING PLAN and MAXIM
WALDBAUM,
                              Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 16, 2020, Ren's Motion for reconsideration is denied; Christine Waldbaum's motion for summary judgment is granted; Eaton & Van Winkle, LLP is directed to disburse the funds in Maxim Waldbaum's 401(k) account to Christine Waldbaum's forthwith; accordingly, these cases are closed.

**Dated:**  New York, New York
           March 17, 2020

                                                           **RUBY J. KRAJICK**
                                                        _____
                                                             **Clerk of Court**
                                      **BY:**
                                                         _____
                                                             **Deputy Clerk**